# EXHIBIT A

(This foreword is not part of this standard. It is merely informative and does not contain requirements necessary for conformance to the standard. It has not been processed according to the ANSI requirements for a standard and may contain material that has not been subject to public review or a consensus process. Unresolved objectors on informative material are not offered the right to appeal at ASHRAE or ANSI.)

**FOREWORD**

*Metal building roofs often include blanket insulation draped over purlins in screw-down roof designs. U-factors for screw-down roofs with R-10, R-11, and R-13 insulation were included in Table A2.3 of Standard 90.1-2004. This addendum adds U-factors for R-19 insulation to Table A2.3. U-factors for R-19 Screw-Down Roofs were included in California Title 24 (2005 Joint Appendices Table IV.7).*

*For consistency, the new U-factors were derived from the values in Table 1A of the NAIMA publication "ASHRAE 90.1 Compliance for Metal Buildings" (December 1997), which was the original source for the values in Standard 90.1 Table A-2 and the California Title 24 appendices.*

## Addendum k to 90.1-2004 (I-P and SI Editions)

*Revise Table A2.3 to add U-Factors for Screw-Down Roofs with R-19 Insulation as follows:*

*I-P edition:*

**TABLE A2.3 Assembly U-Factors for Metal Building Roofs**

| Insulation System | Rated R-Value of Insulation | Total Rated R-Value of Insulation | Overall U-Factor for Entire Base Roof Assembly | Overall U-Factor for Assembly of Base Roof Plus Continuous Insulation (uninterrupted by framing) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Rated R-Value of Continuous Insulation | | | | | |
| | | | | R-5.6 | R-11.2 | R-16.8 | R-22.4 | R-28.0 | R-33.6 |
| Screw Down Roofs | | | | | | | | | |
| | R-10 | 10 | **0.153** | 0.082 | 0.056 | 0.043 | 0.035 | 0.029 | 0.025 |
| | R-11 | 11 | **0.139** | 0.078 | 0.054 | 0.042 | 0.034 | 0.028 | 0.025 |
| | R-13 | 13 | **0.130** | 0.075 | 0.053 | 0.041 | 0.033 | 0.028 | 0.024 |
| | <u>R-19</u> | <u>19</u> | <u>**0.098**</u> | <u>0.063</u> | <u>0.047</u> | <u>0.037</u> | <u>0.031</u> | <u>0.026</u> | <u>0.023</u> |

*The remainder of the table is left unchanged.*

Case 2:07-cv-00765-WEC     Filed 01/18/08     Page 2 of 17     Document 55-2

*SI edition:*

**TABLE A2.3  Assembly U-Factors for Metal Building Roofs**

| Insulation System | Rated R-Value of Insulation | Total Rated R-Value of Insulation | Overall U-Factor for Entire Base Roof Assembly | Overall U-Factor for Assembly of Base Roof Plus Continuous Insulation (uninterrupted by framing) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Rated R-Value of Continuous Insulation | | | | | |
| | | | | R-1.0 | R-2.0 | R-3.0 | R-4.0 | R-4.9 | R-5.9 |
| Screw Down Roofs | | | | | | | | | |
| | R-1.8 | 1.8 | **0.868** | 0.467 | 0.320 | 0.243 | 0.196 | 0.164 | 0.141 |
| | R-1.9 | 1.9 | **0.788** | 0.443 | 0.308 | 0.236 | 0.192 | 0.161 | 0.139 |
| | R-2.3 | 2.3 | **0.737** | 0.427 | 0.300 | 0.232 | 0.188 | 0.159 | 0.137 |
| | <u>R-3.3</u> | <u>3.3</u> | <u>0.557</u> | <u>0.355</u> | <u>0.267</u> | <u>0.210</u> | <u>0.178</u> | <u>0.150</u> | <u>0.132</u> |

*The remainder of the table is left unchanged.*

Case 2:07-cv-00765-WEC     Filed 01/18/08     Page 3 of 17     Document 55-2

# EXHIBIT B



# ASHRAE Potential Sources of Bias/Conflict of Interest
## Statement of Inclinations, Interests and Affiliations

(This form must accompany the SPC/GPC Application Forms)

| NAME: | TELEPHONE: |
|---|---|
| EMPLOYER: | TITLE: |
| ADDRESS: | |
| EMAIL: | PRODUCT/SERVICE: |
| COMMITTEE: | TODAY'S DATE: |

**Please use statements to answer the following. Use of "None", "N/A" or no response will not be accepted.**

### A. Organizational Affiliations

1. Relevant Business Relationships (Present and past; as an employee, owner, officer, director, consultant, etc.)

2. Relevant Non-Business Relationships (Remunerated or volunteer; professional organizations, trade associations, public interest or civic groups, etc.)

3. Sources of funding (Time and/or expenses for project committee activities; income for related professional activities within the last five years)

### B. Public Statements and Positions

Relevant articles, testimony, speeches, etc.; relevant positions in any organization or group with a close identification or association (Please include Date, Position, Descriptions, Title, and Publication).

☐ I have no applicable public statements or positions.

### C. Restrictions on Use  (Please sign your name in the space provided below)

I, _____, authorize the use of my biographical data, bias and conflict of interest information by ASHRAE for any official use by the Society in accordance with the Standards Committee Manual of Procedures, Section 4.7.3.1, as follows:

*Restrictions on use of the Biographical Record and
Potential Sources of Bias and Conflict of Interest Information*

Other than ASHRAE Staff, only the Project Committee Chairs, the Standards Committee, Tech Council and the Board of Directors shall have access to biographical data, bias and conflict of interest information, which shall be treated as sensitive and confidential material. No person authorized to have access to this data shall use the information for other than Society purposes, and shall not release any information contained therein without the express approval of the person involved. The potential sources of bias and conflict of interest data shall be made available by the Project Committee Chair for viewing by committee members, but may not be copied by any party to which it is shown.

# EXHIBIT C

To: Ferguson, Steve
Subject: RE: long beach schedule

Steve,

I was just looking at my 90.1 notes and saw I was supposed to send you a reminder to check the U-factors in table A 2.3

Apparently someone cut and pasted some incorrect values - please double check the values against the current version and correct the draft. I hop this is in time.

BTW - has there been any other issues with Thermal Desing and Mr. Harkins that I can help with?

Sincerely,
Charles C. Cottrell

Vice President, Technical Services

North American Insulation Manufacturers Association

Ph: (703) 684-0084 ext. 15

Fax: (703) 684-0427

Visit NAIMA online at www.NAIMA.org

www.PipeInsulation.org

www.SimplyInsulate.com

3

ASHRAE000034

Case 2:07-cv-00765-WEC    Filed 01/18/08    Page 7 of 17    Document 55-2

# EXHIBIT D



# Project Committee

# Manual of Procedures

# *PC MOP*

Orig. June 29, 1994
Last Revised: October 8, 2007



Case 2:07-cv-00765-WEC    Filed 01/18/08    Page 9 of 17    Document 55-2

Substantive changes to standards under continuous maintenance must undergo the same procedures as addenda or revisions under periodic maintenance, in addition to the procedures in Continuous Maintenance PC MOP 10.2.

### 10.2.2 Publication of New Edition or Reaffirmation

Publication approval of a new edition of a standard under continuous maintenance shall occur within five years of the prior publication date. The new edition may be a complete revision or shall incorporate any addenda approved for publication since the publication of the previous edition. Publication of a new edition ASHRAE Standard or American National Standard that only incorporates previously approved addenda does not require additional approval by the ASHRAE Board of Directors or ANSI Board of Standards Review. If no revisions or addenda are approved for publication within four years of the prior publication date, action to reaffirm the standard shall be initiated.

### 10.2.3 Reprint With Addenda

A standard may be reprinted to incorporate approved addenda. If the addenda are of the modest extent and complexity, the year of the standard designation (e.g., ANSI/ASHRAE 15-2001) need not be changed but the designations of the addenda will be listed on the cover. If the addenda are of more than modest extent and complexity, a new edition will be published as described in PC MOP 10.2.2.

### 10.2.4 Withdrawal of Standard

If the standard is no longer appropriate, the standard will be withdrawn after public review. See StdC MOP Appendix N3, Procedure for Withdrawing a Standard or Guideline.

### 10.2.5 Closing Dates for Change Proposals

SSPCs operating under continuous maintenance will normally meet at Society Annual and Winter Meetings. SSPC consideration will be given to proposed changes at the Annual Meeting (normally June) if proposed changes are received by the MOS no later than December 31. Proposals received after December 31 shall be considered by the SSPC no later than at the Annual Meeting of the following year.

### 10.2.6 Notice in Standard

The following notice shall be included in SCDs, published standards and addenda of projects operating under continuous maintenance.

---

**NOTICE**

**INSTRUCTIONS FOR SUBMITTING A PROPOSED CHANGE TO THIS STANDARD UNDER CONTINOUS MAINTENANCE**

This standard is maintained under continuous maintenance procedures by a Standing SSPC for which the StdC has established a documented program for regular publication of addenda or revisions, including procedures for timely, documented, consensus action on requests for change to any part of the standard. SSPC consideration will be given to proposed changes at the Annual Meeting (normally June) if proposed changes are received by the MOS no later than December 31. Proposals received after December 31 shall be considered by the SSPC no later than at the Annual Meeting of the following year.

Proposed changes must be submitted to the MOS in the latest published format available from the MOS. However, the MOS may accept proposed changes in an earlier published format, if the MOS concludes that the differences are immaterial to the proposed change submittal. If the MOS concludes that a current form must be utilized, the proposer may be given up to 20 additional days to resubmit the proposed changes in the current format.

---

Specific changes in the text or values are required and must be substantiated. The MOS will return to the submitter any change proposals that do not meet these requirements. Supplemental background documents to support changes submitted may be included.

### 10.2.7 Submission to SSPC Chair
MOS shall forward proposed changes received on appropriate forms to the SSPC Chair for assigning to designated SSPC members (responders) for responding to submitters of proposed changes.

### 10.2.8 Review and Clarification
Responders shall review proposals and should contact the proposer if necessary for clarification.

### 10.2.9 Response Recommendation
Designated responders shall draft a recommended SSPC response, including any recommended changes to the standard. The responder's recommended responses shall be submitted to the SSPC Chair in electronic form usable by Standards Staff, including any recommended changes to the standard in response to proposals received.

**Exception:** See PC MOP 10.2 Exception.

Options for SSPC responses are limited to:
a) Proposed change accepted for public review without modification
b) Proposed change accepted for public review with modification
c) Proposed change accepted for further study
d) Proposed change rejected

The responder shall provide reasons for any recommendation other than option a "accepted for public review without modification."

The designated responder shall not recommend option c "proposed change accepted for further study" unless the further study can be completed by October 1st of that year and the SSPC can then vote for option a, b, or d no later than November 15th of that year.

### 10.2.10 Editing
The SSPC Chair or his/her designee shall edit the draft responses and circulate the edited drafts to the SSPC for review.

### 10.2.11 SSPC Action
No later than the Annual Meeting (normally June) of the year following the year that the proposal was submitted (e.g. June 2004 for proposals that were submitted by December 31, 2003), the SSPC shall take documented, consensus action on each proposed change to any part of its standard, including proposed changes that SSPC members have submitted. This action shall be one of the options listed in PC MOP 10.2.9. If the SSPC fails to act by the Annual Meeting, the proposal shall automatically be placed on the next SPLS agenda for consideration.

If the initial SSPC action is option c "proposed change accepted for further study", the SSPC shall conduct a follow up vote with choices limited to options a, b, or d no later than by November 15th of that year. If the SSPC fails to conduct a follow-up vote by November 15th, the proposal shall automatically be placed on the next SPSL agenda for consideration.

The SSPC Chair or the Chair's designee shall notify the proposer of the action taken by the SSPC. See PC MOP 10.2 for changes formally proposed by SSPC subcommittees. The SSPC shall follow PC MOP procedures for processing of recommended changes to the standard.

Case 2:07-cv-00765-WEC    Filed 01/18/08    Page 11 of 17    Document 55-2

## 11 CHANGING THE METHOD OF MAINTENANCE

The method of maintenance of a standard/guideline may be changed at any time from periodic to continuous maintenance or from continuous to periodic maintenance by recommendation of SPLS and approval by StdC. The change, the effective date, and any necessary instructions shall be announced.

If changes to one or more portions of the document will be processed on a regular and recurring basis, not to exceed four years, in accordance with a documented program for periodic publication of revisions then the PC may recommend CM. Otherwise, the PC shall recommend PM.

## 12 PUBLICATION OF ERRATA

When it is determined that a published standard contains errors, such as those listed in the definition of **errata** in PC MOP Appendix A, an errata sheet may be prepared at the discretion of the MOS. Published errata are posted on the ASHRAE Web site.

## 13 RESPONSE TO INTERPRETATION QUESTIONS

Interpretation requests for the currently published edition of a standard must be submitted to the MOS. The Research and Technical Services Engineer or the Chair of the current or past cognizant PC may respond to requests for unofficial, personal interpretations. Cognizant SSPCs, if they exist, and SPCs that have not yet been disbanded will be asked to respond to requests for official interpretations. If no PC exists, StdC will form an Interpretations Committee (IC) to respond. Procedures for interpretations of published SCDs are provided in StdC MOP D-3.

## 14 EMERGENCY INTERIM STANDARDS ACTION

When a proposal for Emergency Interim Standards Action is received by an existing project committee from the MOS, the committee shall submit a recommendation within 14 days to the MOS on what, if any, standards action should be taken. See **Emergency Interim Standards Action**, PC MOP Appendix A. A proposed Emergency Interim Standards Action may also be initiated by the project committee. Procedures for processing Emergency Interim Standards Actions are given in StdC MOP Appendix F.

## 15 USER'S MANUAL

User's Manuals may be beneficial for end users of certain standards. Such a manual should contain detailed explanations of all critical elements contained in the standard as well as a number of application examples. ASHRAE will retain copyrights to all deliverables and make them available as ASHRAE publications. StdC will retain oversight of project funding, work statement development, awarding of contracts and project monitoring. See StdC MOP Appendix L: Procedures – User's Manual.

## 16 GUIDELINES FOR CODE-INTENDED STANDARDS

For a code-intended standard, a related guideline may be written. See PC MOP Appendix G: Development of Guidelines for Code-Intended Standards.

# EXHIBIT E

## ASHRAE Revenues 2003-2007

| | Advertising | % to ASHRAE Total | Contributions | % to ASHRAE Total | Expo Royalties | % to ASHRAE Total |
|---|---|---|---|---|---|---|
| NAIMA | | | | | | |
| Certain Teed Corporation | 7,862.00 | 0.06% | 30,000.00 | 0.45% | 0.00 | 0.00% |
| Guardian Building Products | 8,657.25 | 0.07% | 7,500.00 | 0.11% | 26,570.97 | 0.23% |
| Johns Manville | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Knauf Insulation | 11,466.50 | 0.09% | 7,500.00 | 0.11% | 20,456.34 | 0.18% |
| Owens Corning | 80,134.25 | 0.64% | 450.00 | 0.01% | 7,605.61 | 0.07% |
| | 64,886.00 | 0.52% | 7,750.00 | 0.12% | 12,295.52 | 0.11% |
| Total for Insulation Companies | $ 173,006.00 | 1.38% | $ 53,200.00 | 0.79% | $ 66,928.44 | 0.58% |
| Total ASHRAE | 12,582,000.00 | | 6,711,800.00 | | 11,496,600.00 | |

ASHRAE's total 2003-07 income from all sources was $85,859,100. The above insulation companies accounted for 0.34%.

ASHRAE0000004

| Year | Count2 | NAIMA* | | | Owens Corning | | | Johns Mansville | | | CertainTeed | | | Knauf | | | Guardian | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total ft2 | Cost | Royalties | Total ft2 | Cost | Royalties | Total ft2 | Cost | Royalties | Total ft2 | Cost | Royalties | Total ft2 | Cost | Royalties | Total ft2 | Cost | Royalties |
| 2003 | $24.80 | 0 | 0.00 | 0.00 | 240 | 5,952.00 | 1,760.60 | 200 | 4,960.00 | 1,467.17 | 600 | 14,880.00 | 4,401.60 | | | | | | |
| 2004 | $25.75 | 0 | 0.00 | 0.00 | 200 | 5,150.00 | 1,523.37 | 600 | 15,450.00 | 4,570.11 | 1080 | 27,810.00 | 8,226.20 | 120 | 2,976.00 | 880.30 | 0 | 0.00 | 0.00 |
| 2005 | $26.40 | 0 | 0.00 | 0.00 | 200 | 5,280.00 | 1,561.82 | 540 | 14,256.00 | 4,216.92 | 1000 | 26,400.00 | 7,809.12 | 100 | 2,575.00 | 761.69 | 0 | 0.00 | 0.00 |
| 2006 | $27.25 | 0 | 0.00 | 0.00 | 240 | 6,540.00 | 1,934.53 | 540 | 14,715.00 | 4,352.70 | 450 | 12,262.50 | 3,627.25 | 240 | 6,336.00 | 1,874.19 | 0 | 0.00 | 0.00 |
| 2007 | $28.25 | 0 | 0.00 | 0.00 | 660 | 18,645.00 | 5,515.19 | 700 | 19,775.00 | 5,849.45 | 300 | 8,475.00 | 2,506.91 | 300 | 8,175.00 | 2,418.17 | 0 | 0.00 | 0.00 |
| | | | | | | | | | | | | | | 200 | 5,650.00 | 1,671.27 | 0 | 0.00 | 0.00 |
| Total Royalties: | | | | 0.00 | | | 12,295.52 | | | 20,456.34 | | | 28,570.97 | | | 7,605.61 | | | 0.00 |

TOTAL $86,928.45

* NAIMA co-exhibited with GlassMaster in 2003 and 2005.

# EXHIBIT F

Steve,

Here is what is currently in the proof for U-Factors in Table A2.3

**Standing Seam Roofs with Thermal Spacer Blocks**

Single
Layer

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| None | 0  | U-1.280 | 0.162 | 0.087 | 0.059 | 0.045 | 0.036 | 0.030 |
| R-6  | 6  | U-0.167 | 0.086 | 0.058 | 0.044 | 0.035 | 0.029 | 0.025 |
| R-10 | 10 | U-0.097 | 0.063 | 0.046 | 0.037 | 0.031 | 0.026 | 0.023 |
| R-11 | 11 | U-0.092 | 0.061 | 0.045 | 0.036 | 0.030 | 0.026 | 0.022 |
| R-13 | 13 | U-0.083 | 0.057 | 0.043 | 0.035 | 0.029 | 0.025 | 0.022 |
| R-16 | 16 | U-0.072 | 0.051 | 0.040 | 0.033 | 0.028 | 0.024 | 0.021 |
| R-19 | 19 | U-0.098 | 0.063 | 0.047 | 0.037 | 0.031 | 0.026 | 0.023 |

The R-19 line should be as shown below

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| R-19 | 19 | U-0.065 | 0.048 | 0.038 | 0.031 | 0.026 | 0.023 | 0.020 |

These are the only problems that I am aware of.

Thanks again for the help.

CCC

ASHRAE000035

Case 2:07-cv-00765-WEC    Filed 01/18/08    Page 17 of 17    Document 55-2